**Otis HINES, Movant, v. CITY of MAYS-VILLE, Opposed.**

Court of Appeals of Kentucky.
March 28, 1952.

Rehearing Denied June 13, 1952.

C. Ewbank Tucker, Louisville, for movant.

J. D. Buckman, Jr., Atty. Gen., Guy L. Dickinson, Asst. Atty. Gen., Philip Hargett, City Prosecutor, Maysville, opposed.

PER CURIAM.

Motion for an appeal from the Mason Circuit Court. Judgment of conviction for breach of the peace. $500 fine and one year in jail. We have considered the record and feel that the judgment should be and it is affirmed.

Judgment affirmed.